05-1814

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Carl M. Thompson )
_____ )
_____ )
_____ )

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

v.

Sheriff's Ken Jenne )

[Entity] Armor Correctional Health

Service Inc. )

_____ )

(Enter above the full name of the defendant or
defendants in this action.)

Instructions for Filing Complaint by Prisoners Under the
Civil Rights Act, 42 U. S. C. 1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for you own records. **All copies of the complaint must be identical to the original.**

The clerk will not file your complaint unless it conforms to these instructions and to these forms.

Your complaint must be legibly handwritten or typed. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants are located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

1

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in other copy is for your records. After filling in the petition, authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( ✓ )   No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _CARL W. THOMPSON, INMATE, ISAP PROGRAM_

         Defendants: _Ms. PATRICIA JORDAN, etal ce N#809, ISAP SUPERVISOR DEPUTY SHANKS - D-3 - ISAP Housing DEPUTY_

      2. Court (if federal court, name the district; if state court, name the county): _SOUTHERN DISTRICT OF FLORIDA_

      3. Docket Number: _05-61404-CIV-BENAGES-UNAGRO_

      4. Name of Judge to whom case was assigned: _UNAGRO BENAGES P.A. WHITE, MAGISTRATE_

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DISMISSED, de novo, PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(i)_

      6. Approximate date of filing lawsuit: _AUGUST 19th 2005_

      7. Approximate date of disposition: _OCTOBER 7th 2005_

   II. Place of present confinement: _JOSEPH V. CONTE FACILITY - A-4-240 - P.O. BOX - 407016, FT. LAUDERDALE, FL 33340-7016_

2

(2)

1. PREVIOUS LAWSUITS:
   A. (YES)

   B. 05-61404-CIV-UNGARO-BENAGES
      05-61371-CIV-HURLEY
      05-61623-CIV-COHN-ACTIVE
      RACE DISCRIMINATION / FAVORITISM
      AFRICAN-AMERICAN, NOT EQUALLY TREATED WITHIN THE
      IN-CUSTODY-TREATMENT, SUBSTANCE ABUSE PROGRAM
   1. PARTIES TO THIS PREVIOUS LAWSUIT
      PLAINTIFF'S: CARL N. THOMPSON, INMATE ISAP PROGRAM

      DEFENDANTS: Ms. PATRICIA JORDAN, et al CCN#8019
      ISAP SUPERVISOR / DEPUTY SHANKS-D-3-ISAP Housing Deputy
   2. SOUTHERN DISTRICT of FLORIDA

   3. CASE NUMBER: 05-61371-CIV-HURLEY

   4. HURLEY, P.A. WHITE MAGISTRATE

   5. DISMISSED, de novo, PURSUANT TO 28 U.S.C. §1915(e)(2)(B)(ii)

   6. AUGUST 19TH 2005

   7. OCTOBER 7TH 2005

(2)

A. Is there a prisoner grievance procedure in this institution: Yes (✓)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is YES:
   1. What steps did you take? *1st March, fill-out medical request, no appointment, relocated to Sheriff's North Jail, fill-out medical request consult Nurse Watson, she had Dr. Jackson, to see me.*
   2. What was the result? *Dr. Jackson, medication, blood test, urine culture, rectal exam, relocated back to Joseph V. Conte Facility. Filed a grievance.*

D. If your answer is NO, explain why not: *N/A*

III. Parties

( In item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

A. *Carl M. Thompson Inmate -A-4-240, Joseph V. Conte Facility, P.O. Box- 407016, Ft. Lauderdale, FL 33340-7016*

B. Defendant *Sheriff Ken Juenne*
Is employed as *Sheriff of Broward Sheriff's Office* at *Complex Bldg, Broward Blvd, Ft. Lauderdale, FL 33312*

C. Additional Defendants: *[Entity] Armor Correctional Health Service, Inc. Medical Staff at Sheriff's North Jail P.O. Box- 407003, Ft. Lauderdale, FL 33340-7003*

IV. Statement of Claim

State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.
( Use as much space as you need. Attach extra sheets if necessary.)

*The plaintiff is requesting relief as the courts deem proper.*

3

I submitted a medical request, concerning urine problem. Nurse Watson, submitted my medical request to Dr. Jackson who, requested, blood test, urine culture, rectal exam and prostate (P.S.A.) court medication for hypertension, possible prostate enlargement. I was treated for H/B pressure, heart problem, prostate problem, and merely contending that more should have been done by the way of "Diagnosis and Treatment failed to state cause of action" against Physician in the capacity either as treating physician or Medical Director of Correction Department, I felt as though the medical staff, after their evaluation should have been referred to a "Urologist Specialist" for further examination. The fact, the plaintiff had submitted a medical request to seek relief by being examination by a Urologist. But, was not granted this request. The plaintiff the medical staff, intentionally withheld the necessary treatment to be exam by Urologist Specialist. Because, the plaintiff after the medical staff had proscribed medication was not the only medical care., that should have been applied, up to the present time, plaintiff is still having some serious symptoms pain, burning sensation while urining., an inmate must rely on prison authorities to treat his medical needs, if the authorities fail to do so those needs will not be met. In the worst case, such a failure may actually produce physical" torture or a lingering Death (cancer). The plaintiff wanted to receive Equal medical care to the extreme within the FL statutes) medical staff failed to exhaust every avenue to successfully treat plaintiff.

V.   Relief

**State briefly exactly what you want the court to do for you.**

Make no legal arguments,   Cite no cases or statutes.

The plaintiff is requesting relief as the courts deem proper.

4

THIS EVENT HAS CAUSE ME SOME SERIOUS DISCOMFORT PHYSICIALY, EMOTIONALLY PSYCHOLOGICAL, STRESS, ANXIETY, MENTAL ANGUISH, AND SOME SERIOUS PAIN.

Signed this 6TH day of NOVEMBER, 200 5.

CARL M. THOMPSON
(Signature of plaintiff or plaintiffs)

**VERIFICATION**

State of Florida
County of Broward

I CARL M. THOMPSON, being first duly sworn, under oath, says: That he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Signature of Plaintiff

Subscribed and sworn to before me this 6TH day of NOVEMBER, 200 5.

5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 05-61814-CV-JAL

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

DE# 1
Docket Clerk VPB