UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61814-CIV-LENARD
MAGISTRATE JUDGE P.A. WHITE

CARL M. THOMPSON,

      Plaintiff,

v.

SHERIFF KEN JENNE, ET AL.,

      Defendants.

<u>ORDER OF
MAGISTRATE JUDGE</u>

The plaintiff has filed a complaint that is an exact duplicate copy of his ongoing civil action, CASE NO. 05-61810-CIV-COHN.

The Clerk has opened a new civil action and docketed the duplicative complaint in the new action, 05-61814-CIV-LENARD.

It is therefore ORDERED as follows:

The Clerk is DIRECTED to administratively close Case No. 05-61814-CIV-LENARD.

DONE AND ORDERED at Miami, Florida, this  13  day of February, 2006.

UNITED STATES MAGISTRATE JUDGE

cc:    Carl M. Thompson, <u>Pro Se</u>
       A-4-240
       Joseph V. Conte Facility
       P.O. Box 407016
       Ft. Lauderdale, FL 33340

